**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
**Kristel A. Robinson** (SBN 212129)
213.328.7527 | krobinson@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV FUNDING, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. HEPNER,<br><br>Plaintiff,<br><br>v.<br><br>CLIENT SERVICES, INC. and LVNV FUNDING, LLC<br><br>Defendant. | Case No.: 2:22-cv-01098-KJM-DB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)** |

Plaintiff JULIE A. HEPNER ("Plaintiff") and Defendant LVNV FUNDING, LLC ("Defendant"), through their counsel of record, hereby stipulate and agree to extend Defendant's time to answer or otherwise plead in response to Plaintiff's Complaint as follows:

1. Plaintiff filed the Complaint against Defendant on June 27, 2022;

2. Plaintiff served the Complaint on Defendant on July 6, 2022;

3. Defendant's initial deadline to answer or otherwise plead in response to Plaintiff's Complaint is July 27, 2022;

4. The Parties stipulate to extend the time for Defendant to file a response to

— 1 —

the Complaint by twenty-one (21) days through and including August 17, 2022;

    5.    Per Local Rule 144 (Fed. R. Civ. P. 6), this stipulation does not require a proposed order because the extension of time to respond to the Complaint is not greater than twenty-one (21) days from the initial response deadline.

WHEREFORE, the Parties agree that Defendant's time within which to answer or otherwise plead in response to Plaintiff's Complaint shall be extend through and including August 17, 2022.

**IT IS SO STIPULATED.**

DATED: July 27, 2022

                      YU | MOHANDESI LLP

            By:    */s/ B. Ben Mohandesi*
                    B. Ben Mohandesi
                    Kristel A. Robinson
                    Attorneys for Defendant
                    LVNV Funding, LLC

DATED: July 27, 2022

                      SULAIMAN LAW GROUP, LTD.

            By:    */s/ Bobby C. Walker* *(as authorized on 07/27/2022)*
                    Bobby C. Walker
                    Attorneys for Plaintiff
                    Julie A. Hepner

# **CERTIFICATE OF SERVICE**

I certify that on July 27, 2022, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED:  July 27, 2022                                          By */s/ B. Ben Mohandesi*
                                                                                   B. Ben Mohandesi