**SULAIMAN LAW GROUP, LTD**
Bobby C. Walker (State Bar No. 321788)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A HEPNER,<br><br>  Plaintiff,<br><br>v.<br><br>CLIENT SERVICES, INC. and LVNV FUNDING, LLC,<br><br>  Defendants. | **Case No.** 2:22-cv-01098-KJM-DB<br><br>**AGREED STIPULATION OF DISMISSAL** |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, JULIE A HEPNER, and the Defendants, CLIENT SERVICES, INC. and LVNV FUNDING, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against CLIENT SERVICES, INC. and LVNV FUNDING, LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

1

| | |
|---|---|
| Dated: May 1, 2023 | Respectfully Submitted, |
| **JULIE A. HEPNER** | **CLIENT SERVICES, INC. and LVNV FUNDING, LLC** |
| */s/ Bobby C. Walker*<br>Bobby C. Walker<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Avenue, Ste. 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax: (630) 575-8188<br>bwalker@sulaimanlaw.com<br>*Counsel for Plaintiff* | */s/ Brett B. Goodman (with consent)*<br>Brett B. Goodman<br>Goodman Law Firm, APC<br>11440 W. Bernardo Ct., Ste. 300<br>San Diego, CA 92127<br>Phone: (858) 757-7262<br>Fax: (858) 757-7270<br>brett@goodmanlawapc.com<br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Bobby C. Walker*
Bobby C. Walker